IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARI SOLOW and MITCHELL SOLOW | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEWART J. BERGER, P.C., | : | |
| JAY B. OPPENHEIM, ESQ., | : | |
| STEWART J. BERGER, ESQ., | : | |
| LYNNE BRESLOW, and | : | |
| BARBARA SANDEROW | : | NO. 10-cv-2950-JF |

ORDER

AND NOW, this 22nd day of March 2011, upon consideration of the defendants' motions to dismiss (Documents 14 and 15), and the responses thereto, IT IS ORDERED:

1. That the defendants' motions are GRANTED. The complaint is DISMISSED as to all defendants.

2. That the Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.